# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-vs-<br>HUGO ENRIQUE DAVADI,<br>Defendant. | **Case No.** **1:24-cr-02027-SAB-32**<br>**CRIMINAL MINUTES**<br>**DATE:** **02/24/2026**<br>**LOCATION:** **YAKIMA, WA**<br>**CHANGE OF PLEA HEARING** |

**Chief Judge Stanley A. Bastian**

| Ruby Mendoza<br>**Courtroom Deputy** | <br>**Law Clerk** | <br>**Interpreter** | Crystal Gonzalez<br>**Court Reporter** |
|---|---|---|---|
| Benjamin Seal<br>**Government Counsel** | | David Hammerstad<br>Brian Patrick Dosch<br>**Defense Counsel** | |

**[ X ] Open Court** **[ ] Chambers** **[ ] Telecon/Video**

Defendant present and in custody of the US Marshal.

Waiver of Indictment, Information and Plea Agreement Signed and Filed

Court addresses counsel and defendant regarding the Information and Waiver of Indictment.

Court verifies defendant's name is correct.
Defendant indicates that his name is correct.

Defendant is sworn in.

Court explains to the defendant his rights but if you want to plea guilty, you will have to answer the questions by the Court.
Defendant understands.

Court asks defendant several questions about plea and admissions.
Defendant responds.

Court confirms that defendant understands the proceedings today.
Defendant indicates yes.

**[ X ] ORDER FORTHCOMING**

| **CONVENED:** 11:09 A.M. | **ADJOURNED:** 11:38 A.M. | **TIME:** 29 MIN. | **CALENDARED** [ X ] |
|---|---|---|---|

Court confirms that the signature on the waiver of indictment is defendant's signature.
Defendant agrees.
Court signs the waiver of indictment.

Court asks defendant what he did.
Defendant summarizes what he did.

Court continues colloquy with defendant regarding plea.
Defendant speaks to the Court.

Court confirms that the signature on the plea agreement is defendant's signature.
Defendant agrees.

Court addresses the binding plea agreement.
Defendant understands.

Court addresses appeal waiver.
Defendant understands.

Court continues colloquy with defendant. Court summarizes and outlines the elements for charge.
Defendant responds to the Court and understands the elements.

Court outlines the maximum penalties and guideline sentencing calculations.
Defendant understands.

Court addresses possible immigration consequences.
Defendant understands.

Court outlines the factual summary.
Defendant indicates yes, he agrees.

Court continues colloquy with defendant.
Defendant understands.

Court asks D. Hammerstad if he believes plea is knowing and voluntary.
D. Hammerstad indicates yes.

Court asks D. Hammerstad if there are any reasons why the Court should not accept the plea.
D. Hammerstad indicates no.

Court asks B. Seal if there are any reasons why the Court should not accept the plea.
B. Seal indicates no.

Defendant pleads guilty to Count 1 of the Information.

Court finds the plea to be knowing, intelligent, voluntary and defendant's own.
Court accepts plea to Count 1 of the Information.

Court reserves the decision to accept the plea agreement and recommendation until sentencing.

**Sentencing Date**: July 29, 2026, at 10:30 am
Court orders the presentence report.