# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

HUGO ENRIQUE DAVADI,

Defendant.

**Case No.** **1:24-cr-02027-SAB-32**
**1:24-cr-02015-SAB-1**

**CRIMINAL MINUTES**

**DATE:** **09/30/2026**

**LOCATION:** **YAKIMA, WA**

**SENTENCING HEARING AND STATUS CONFERENCE**

**CHIEF JUDGE STANLEY A. BASTIAN**

| | | | |
|---|---|---|---|
| Ruby Mendoza<br>**Courtroom Deputy** | 01<br>**Law Clerk** | <br>**Interpreter** | Marilynn McMartin<br>**Court Reporter** |
| Benjamin Seal<br>**Government Counsel** | | David Hammerstad<br>Brian Dosch<br>**Defense Counsel** | |
| **United States Probation Officer:** Carrie Valencia | | | |

**[ X ] Open Court** **[ ] Chambers** **[ ] Telecon/Video**

Defendant present and in custody of the US Marshal.

Mr. Seal indicates that at the conclusion of sentencing in Case No. 1:24-cr-02027-SAB-32 the government will move to dismiss Case No. 1:24-cr-02015-SAB-1.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Offense Level of 37; Criminal History Category Level V; Recommended Range 324 to 405 months. Plea was taken pursuant to a binding plea agreement.

Court confirms defendant has reviewed the PSIR.
Defendant indicates he has.

Court addresses objections with counsel.

| | | |
|---|---|---|
| **CONVENED: 1:35 P.M.** | **ADJOURNED: 2:14 P.M.** | **TIME: 39 MIN.** |

Mr. Hammerstad presents objection to paragraph 57. Argues that there is not enough evidence.
Court discusses paragraph 57 with Ms. Valencia.
Court amends paragraph 57, to remove that defendant appeared to be armed with a firearm.

Mr. Hammerstad presents objections to paragraphs 50 and 59 regarding a 2-point enhancement for alleged possession of a firearm.
Mr. Seal responds to the objection.
Court grants the motion and strikes paragraph 73, the 2-level increase will not be applied.

Court discusses objections with counsel.

Mr. Hammerstad presents objection to paragraph 64.
Court denies the motion; paragraph 64 will be left unchanged.

Court discusses paragraph regarding financial transactions with counsel. The paragraph will remain unchanged.

Mr. Seal presents argument and outlines recommendations. Imprisonment: 144 months.

Mr. Hammerstad presents argument and outlines recommendations.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court outlines the 3553 factors. Court sentences defendant.

**Imprisonment:** 144 months, defendant shall receive credit for time served.

**Supervised Release:** 8 years, with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Special Penalty Assessment:** $100.00

**Fine:** Waived

Mr. Hammerstad requests the Court recommend placement at FCI El Reno or FCI Oakdale.
Court will make recommend defendant be allowed to participate in the RDAP program and any other vocational training.

Waiver of Right to Appeal discussed.

Adjusted Offense Level of 35; Criminal History Category Level V; Recommended Range 262 to 327 months.

Mr. Seal moves to dismiss remaining counts in Case No. 1:24-cr-02027-SAB-32 and the Indictment in Case No. 1:24-cr-02015-SAB-1.
Court grants motion.